EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
TINA R SALADINO, CSBN 289428
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8991
    Facsimile:  (415) 744-0134
    Email: Tina.Saladino@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMANA ALBA,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. SACV15-01276 KES<br><br>**[PROPOSED]**<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), consistent with the Remand Order filed concurrently herewith.

DATED:   February 29, 2016            _____
                                                  HON. KAREN E. SCOTT
                                                  UNITED STATES MAGISTRATE JUDGE